ROSHKA DEWULF & PATTEN, PLC
ONE ARIZONA CENTER
400 EAST VAN BUREN STREET
SUITE 800
PHOENIX, ARIZONA 85004
TELEPHONE 602-256-6100
FACSIMILE 602-256-6800
mderstine@rdp-law.com

Name and State Bar No.:   J. Matthew Derstine/#011448

Attorneys for Michael M. Denning.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| In the Matter of: | **Case No. 02:09-cv-02698-MHM** |
|---|---|
| Mortgages, Ltd.<br><br>           Debtor. | **REQUEST FOR REMOVAL FROM ECF SERVICE** |
| Rev Op Group and Sternberg Enterprises Profit Sharing Plan,<br><br>           Appellant(s),<br>      v.<br><br>ML Manager LLC; ML Liquidating Trust; Official Committee of Unsecured Creditors; Lewis and Underwood Trusts; Robert G. Furst,<br><br>           Appellee(s). | |

   PLEASE TAKE NOTICE that the undersigned requests he be removed from the ECF and any other services in this case.  Please remove the name, mailing address and e-mail address listed below from the mailing lists and the Court's ECF system for this case:

J. Matthew Derstine
Roshka, DeWulf & Patten
400 E. Van Buren, Suite 800
Phoenix, Arizona 85004

RESPECTFULLY SUBMITTED this 11th of January, 2010.

                                        ROSHKA DeWULF & PATTEN, PLC

                                        By /s/J. Matthew Derstine
                                            J. Matthew Derstine
                                            One Arizona Center
                                            400 East Van Buren Street, Suite 800
                                            Phoenix, Arizona 85004
                                            Attorney for Michael M. Denning

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2010, I electronically transmitted the foregoing REQUEST FOR REMOVAL FROM ECF SERVICE with the Clerk of the Court using the CM/ECF electronic filing system and a COPY of the foregoing served via U.S. Mail to the following:

William Scott Jenkins
Jill M. Hulsizer
Myers & Jenkins, PC
One E. Camelback Road
Phoenix, AZ 85012

Robert J. Miller
Bryce A. Suzuki
Bryan Cave LLP
Two N. Central Avenue, 22nd Floor
Phoenix, AZ 85004

Larry Watson
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003

2

1  S. Cary Forrester
   Forrester & Worth PLLC
2  3636 N. Central Avenue, Suite 700
   Phoenix, AZ 85012
3
4  Richard M. Lorenzen
   Brown & Bain
5  2901 N. Central Avenue
   Phoenix, AZ 85012
6
7  Robert G. Furst
   4201 N. 57th Way
8  Phoenix, AZ 85018
9
10  /s/Katie Chaban

ROSHKA DEWULF & PATTEN, PLC
ONE ARIZONA CENTER
400 EAST VAN BUREN STREET - SUITE 800
PHOENIX, ARIZONA 85004
TELEPHONE NO 602-256-6100
FACSIMILE 602-256-6800

3